# IN THE SUPREME COURT OF THE STATE OF NEVADA

BART WILLIAM DIETZMANN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70130

FILED

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner challenges the district court's denial of his motion to dismiss the charging document in his pending criminal proceedings, and asks this court to order the charges dismissed because he was denied his counsel of choice and the State failed to preserve evidence. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-18979

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
Bart William Dietzmann
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk